**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**KELVIN GREEN, # 234604**                                        **PETITIONER**

**v.**                                        **CIVIL NO. 1:24cv127-HSO-BWR**

**BRAND HUFFMAN**                                        **RESPONDENT**

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 27th day of August, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE